ALBERT HEPNER v. TOWNSHIP
COMMITTEE OF THE TOWNSHIP OF LAWRENCE.

September 21, 1971. Petition for certification denied.
(See 115 *N. J. Super.* 155)

STATE OF NEW JERSEY v. MARTIN NICHOLS, SR.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES COPELAND.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT EDMONDS.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HENRY ROSS.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE GEAR.

September 21, 1971. Petition for certification denied.
(See 115 *N. J. Super.* 151)